# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Phillip Spears,

                    Plaintiff(s),

vs.


Union Pacific Railroad Company, et al.,

                    Defendant(s).

2:24-cv-01803-GMN-MDC

**ORDER VACATING SETTLEMENT CONFERENCE (ECF NO. 24)**

Considering the parties' settlement (ECF No. 26), the Court **VACATES** the previously scheduled settlement conference (ECF No. 24).

ACCORDINGLY,

**IT IS ORDERED that** the Settlement Conference (ECF No. 24) is **VACATED.**

DATED: January 22, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

1