IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP SPEARS,<br><br>    Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY; D.W. BALDWIN, individually; S.P. LEACH, individually; DOES 1 through XX, inclusive; and ROE BUSINESS ENTITIES 1 through XX, inclusive,<br><br>    Defendants.<br><hr>UNION PACIFIC RAILROAD COMPANY,<br><br>    Counter Plaintiff,<br><br>v.<br><br>PHILLIP SPEARS, an individual,<br><br>    Counter Defendant. | CASE NO.: 2:24-cv-01803<br><br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

Based upon the Stipulated Motion for Dismissal of all claims with prejudice filed by the parties, and with good cause appearing,

**IT IS HEREBY ORDERED** that all claims and affirmative defenses that were or could have been raised or filed in this lawsuit are **DISMISSED** with prejudice, with no award of fees or costs to any party.

The Clerk of Court is kindly directed to close this case.

**DATED** this __30__ day of January, 2026.


_____
Gloria M. Navarro, District Judge
United States District Court